UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN IVAN LOPEZ-ASENCIO (A-249-486-505),<br>Petitioner,<br>v.<br>WARDEN, et al. ,<br>Respondents. | No. 1:26-cv-5211 DAD CSK<br><br>FINDINGS & RECOMMENDATIONS |

Petitioner, a native and citizen of Guatemala, is a former immigration detainee who filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) As discussed below, the Court recommends that this action be dismissed as moot.

## I. BACKGROUND

Petitioner, proceeding with counsel, filed his petition for writ of habeas corpus on July 6, 2026. (ECF No. 1.) On July 22, 2026, respondents filed a timely answer, arguing that petitioner was subject to mandatory detention under 8 U.S.C. § 1226(c)(1)(E) based on his inadmissibility under 8 U.S.C. §§ 1182(a)(6), (7) and arrest for assault and battery with a dangerous weapon causing serious bodily injury and charged with assault with intent to commit murder. (ECF No. 5.) On July 27, 2026, petitioner filed a reply. (ECF No. 7.).

On September 16, 2026, respondents filed a status report stating that petitioner was

removed from the United States on August 29, 2026. (ECF No. 8.) Petitioner was ostensibly removed pursuant to an immigration judge's removal order on August 11, 2026 from which petitioner waived appeal. (Id.) On September 21, 2026, this Court ordered petitioner to show cause within ten days why this action should not be dismissed as moot. (ECF No. 38.) Petitioner did not respond. (See Docket.)

## II. DISCUSSION

For the following reasons, this Court recommends that this action be dismissed as moot. Article III of the United States Constitution limits the jurisdiction of federal courts to "actual, ongoing cases or controversies." Lewis v. Continental Bank Corp., 494 U.S. 472, 477 (1990). "This case-or-controversy requirement subsists through all stages of federal judicial proceedings," which "means that, throughout the litigation, the plaintiff 'must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision.'" Spencer v. Kemna, 523 U.S. 1, 7 (1998) (quoting Lewis, 494 U.S. at 477).

The record reflects that as of August 29, 2026, petitioner was no longer in immigration custody. (ECF No. 8.) Though the Court provided petitioner, who is represented by counsel, with the opportunity to show cause why this action should not be dismissed as moot, petitioner did not respond. (ECF No. 38; see Docket.) Because petitioner is not in immigration custody, the Court finds that the petition is moot. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (habeas petition challenging length of immigration detention moot because "there was no extant controversy for the district court to act upon" due to petitioner's subsequent deportation, "curing his complaints about the length of his . . . detention"). Therefore, the Court recommends that respondent's motion to dismiss be granted, and this action be dismissed as moot.

## III. CONCLUSION

Accordingly, IT IS HEREBY RECOMMENDED that:

1. The petition for writ of habeas corpus (ECF No. 1) be dismissed as moot.
2. The Clerk of the Court be directed to enter judgment and close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 5, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/10/lope5211.2241.imm.moot